WENDY M. KRINCEK, ESQ., Bar #6417
KAITLYN M. BURKE, ESQ., Bar #13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
e-mail: wkrincek@littler.com
e-mail: kmburke@littler.com

Attorney for Defendant
CIGNA HEALTHCARE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHERINE FLEMING, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CIGNA HEALTHCARE, DOES I-X; ROE CORPORATIONS I-X,<br><br>    Defendants. | Case No. 2:17-cv-03049-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

    Plaintiff CATHERINE FLEMING ("Plaintiff") and Defendant CIGNA HEALTHCARE ("Defendant"), by and through their respective counsel of record, hereby request that the Court extend the deadline for Defendant to file its first responsive pleading, which is currently set for January 4, 2018, until January 26, 2018.

    Plaintiff filed her Complaint on December 12, 2017 and a first responsive pleading deadline was set for January 4, 2018. This is the first stipulation for an extension of time to file the first responsive pleading.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This request is made in good faith and not to cause unnecessary delay as Defense Counsel has recently been retained and needs sufficient time to prepare the responsive pleading.

Dated: December 19, 2017.

Respectfully submitted,

/s/ Jenny L. Foley, Esq.
**HKM EMPLOYMENT ATTORNEYS LLP**
JENNY L. FOLEY, ESQ.

Attorneys for Plaintiff
CATHERINE FLEMING

Dated: December 19, 2017.

Respectfully submitted,

/s/ Kaitlyn M. Burke, Esq.
**LITTLER MENDELSON, P.C.**
WENDY M. KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.

Attorney for Defendant
CIGNA HEALTHCARE

IT IS SO ORDERED.

DATED: 12/20/17

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Firmwide:151867275.1 081383.1000

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.