WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
CIGNA HEALTHCARE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE FLEMING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA HEALTHCARE, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:17-cv-03049-JAD-CWH<br><br>**STIPULATION AND ORDER TO RESCHEDULE THE EARLY NEUTRAL EVALUATION SESSION** |

Pursuant to the Court's Order (ECF No. 6), an Early Neutral Evaluation Session in this matter has been scheduled for February 14, 2018 at 10:00 a.m., with written evaluation statements due on February 7, 2018. Accordingly, the parties, by and through their respective counsel of record, do hereby stipulate and agree to reschedule the Early Neutral Evaluation Session in this matter, as well as the applicable deadline for submission of the written evaluation statements. The parties propose the following new dates: February 1, 2018, March 1, 2018, March 26, 2018, March 27, 2018, March 28, 2018, and March 29, 2018 for the Early Neutral Evaluation Session and a week prior to the new date for the submission of the written evaluation statements.

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This request to reschedule the Early Neutral Evaluation Session is the first such request made by the parties. The request is made in good faith and not for the purpose of delay.

Dated: January 2, 2018.                           Dated: January 2, 2018.

Respectfully submitted,                           Respectfully submitted,


/s/ Jenny L. Foley, Esq.                          /s/ Kaitlyn M. Burke, Esq.
**HKM EMPLOYMENT ATTORNEYS**                      **LITTLER MENDELSON, P.C.**
JENNY L. FOLEY, ESQ.                              WENDY M. KRINCEK, ESQ.
                                                  KAITLYN M. BURKE, ESQ.
Attorneys for Plaintiff
Catherine Fleming                                 Attorney for Defendant
                                                  CIGNA HEALTHCARE

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-2-2018

Firmwide:151948624.1 081383.1000

IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for February 14, 2018 is VACATED and RESCHEDULED to 10:00 AM, March 1, 2018. The confidential statement is due by 4:00 PM, February 22, 2018. All else as stated in the Order (ECF No. 6) scheduling the ENE remains unchanged.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.