WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
CIGNA HEALTHCARE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CATHERINE FLEMING, an individual,

Plaintiff,

vs.

CIGNA HEALTHCARE, DOES I-X; ROE CORPORATIONS I-X,

Defendants.

Case No. 2:17-cv-03049-JAD-CWH

**STIPULATION TO SUBSTITUTE PARTY DEFENDANT**

The Parties, by and through the undersigned counsel, agree and stipulate to the following:

1. Defendant has informed Ms. Fleming that the proper name of her employer was "Life Insurance Company of North America," and not "Cigna Healthcare" as identified in the Complaint.

2. Accordingly, the Parties agree and stipulate to dismiss the erroneously named Defendant, "Cigna Healthcare" with prejudice and substitute the "Life Insurance Company of North America" as Defendant.

3. The Parties agree and stipulate that the substituted Defendant (Life Insurance Company of North America) will be deemed to take the place of the previous and original Defendant (Cigna Healthcare) on the docket for all of the previous filings and accepts service of the Complaint when the original Defendant was served.

4. The Parties agree and stipulate that the intention of this stipulation is to avoid confusion in the future should any liability attach to the Defendant, to make sure the proper Defendant is before the court, and in not in any way to alter, deprive or act as a waiver of any claims, defenses or rights of any of the parties in the case by virtue of this substitution.

5. The Parties agree and stipulate that Defendant Cigna Healthcare is hereby dismissed as a party from this action with prejudice and they will caption the case with "Life Insurance Company of North America" as the named Defendant in this case.

Dated: February 1, 2018

Respectfully submitted,

*/s/ Jenny L. Foley*
JENNY L. FOLEY, ESQ.
HKM EMPLOYMENT ATTORNEYS

Attorneys for Plaintiff
CATHERINE FLEMING

Respectfully submitted,

*/s/ Kaitlyn M. Burke*
WENDY MEDURA KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CIGNA HEALTHCARE

Firmwide:152614705.1 049939.1022

IT IS SO ORDERED.

DATED: February 6, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE



LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800