**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE FLEMING, An Individual ) | CASE NO. **2:17-cv-03049-JAD-CWH** |
| Plaintiff, ) | |
| vs. ) | |
| CIGNA HEALTHCARE, DOES I-X; ) ROE CORPORATIONS I-X. ) | ECF NO. 20 |
| Defendants. ) | |

### STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS
### (FIRST REQUEST)

COMES NOW, the Plaintiff, CATHERINE FLEMING ("Fleming"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, CIGNA HEALTHCARE ("CIGNA"), by and through its attorneys, WENDY MEDURA KRINCEK, ESQ., and KAITLYN M. BURKE, ESQ., of LITTLER MENDELSON, P.C., hereby stipulate and agree as follows:

1. That the Opposition to the Defendant's Partial Motion to Dismiss due on February 8, 2018, may be due on February 22nd, 2018.

2. That the Reply to the Opposition to the Defendant's Partial Motion to Dismiss be due on March 8, 2018.

3. The parties request that the hearing be continued to a date after March 8, 2018, or as soon thereafter as the Court may hear the matter.

4. This extension of time is made in good faith and not for purposed of delay. The parties have requested this extension of time due to counsels' respective other pre-existing calendar commitments.

5. This is the first request for an extension of time in this matter.

Dated this __7th__ day of February, 2018.     Dated this __7th__ day of February, 2018.

**HKM Employment Attorneys LLP**            **Littler Mendelson, P.C.**

_/s/ Jenny L. Foley_                         ____/s/ Kaitlyn M. Burke_____
Jenny L. Foley, Ph.D., Esq.                  Wendy Medura Krincek, Esq.
Nevada Bar No. 9017                          Kaitlyn M. Burke, Esq.
1785 East Sahara Ave., Suite 325             Nevada Bar No. 6417
Las Vegas, Nevada 89104                      Nevada Bar No. 13454
                                             3960 Howard Hughes Parkway
                                             Suite 300
                                             Las Vegas, Nevada 89169

/ / /

/ / /

/ / /

/ / /

**ORDER**

The Court having reviewed the foregoing STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Opposition to the Defendant's Partial Motion to Dismiss shall be due on February 22nd, 2018;

**IT IS SO ORDERED that** the Reply to the Opposition to the Defendant's Partial Motion to Dismiss shall be due on March 8, 2018;

**IT IS SO ORDERED** that the February 23, 2018, hearing is VACATED and continued to MONDAY, March 12, 2018, at 2 p.m.

_____
U.S. District Judge Jennifer A. Dorsey
February 8, 2018

Respectfully submitted by:
**HKM Employment Attorneys LLP**

_/s/ Jenny L. Foley_
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*