# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CATHERINE FLEMING,<br><br>        Plaintiff,<br><br>vs.<br><br>CIGNA HEALTHCARE, LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendants. | 2:17-cv-03049-JAD-CWH<br><br>**ORDER** |

        Before the Court is *Catherine Fleming v. Cigna Healthcare, et al.*, case no. 2:17-cv-03046-JAD-CWH.

        IT IS HEREBY ORDERED that a status hearing on *Catherine Fleming v. Cigna Healthcare, et al.*, case no. 2:17-cv-03046-JAD-CWH is scheduled for 1:00 PM, February 26, 2018, in Courtroom 3D. Plaintiff's counsel should be prepared to explain why she has not complied with the Court's Order setting the Early Neutral Evaluation Conference (ECF No. 9).

        IT IS SO ORDERED.

        DATED this 23rd day of February, 2018.

                                                              CAM FERENBACH
                                                           UNITED STATES MAGISTRATE JUDGE