**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE FLEMING, An Individual ) | CASE NO. **2:17-cv-03049-JAD-CWH** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CIGNA HEALTHCARE, DOES I-X; ) | |
| ROE CORPORATIONS I-X. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS
### (SECOND REQUEST)

COMES NOW, the Plaintiff, CATHERINE FLEMING ("Fleming"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, CIGNA HEALTHCARE ("CIGNA"), by and through its attorneys, WENDY MEDURA KRINCEK, ESQ., and KAITLYN M. BURKE, ESQ., of LITTLER MENDELSON, P.C., hereby stipulate and agree as follows:

1. That the Opposition to the Defendant's Partial Motion to Dismiss due on February 22nd, 2018, may be due on March 1st, 2018.

2. That the Reply to the Opposition to the Defendant's Partial Motion to Dismiss remains due on March 8th, 2018.

3. The hearing shall remain scheduled for March 12, 2018.

4. This extension of time is made in good faith and not for purposed of delay. Plaintiff's counsel has had a death in the family.

5. This is the second request for an extension of time in this matter.

Dated this __23rd__ day of February, 2018.    Dated this __23rd__ day of February, 2018

**HKM Employment Attorneys LLP**    **Littler Mendelson, P.C.**

*/s/ Jenny L. Foley*    */s/ Kaitlyn M. Burke*
Jenny L. Foley, Ph.D., Esq.    Wendy Medura Krincek, Esq.
Nevada Bar No. 9017    Kaitlyn M. Burke, Esq.
1785 East Sahara Ave., Suite 325    Nevada Bar No. 6417
Las Vegas, Nevada 89104    Nevada Bar No. 13454
    3960 Howard Hughes Parkway
    Suite 300
    Las Vegas, Nevada 89169

/ / /

/ / /

/ / /

/ / /

# ORDER

The Court having reviewed the foregoing STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Opposition to the Defendant's Partial Motion to Dismiss shall be due on March 1st, 2018;

**IT IS SO ORDERED that** the Reply to the Opposition to the Defendant's Partial Motion to Dismiss shall be due on March 8th, 2018;

**IT IS SO ORDERED** that the hearing on this matter shall remain scheduled for March 12th, 2018.

Dated: February 23, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

/s/ *Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*